NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | No. SA CV 21-01788-ODW-DFMx |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO INTERVENE AND STAY CIVIL ACTION [27]** |
| v. | |
| BNZ ONE CAPITAL, LLC, et al., | |
| Defendant. | |

The Government's motion to intervene in this proceeding, pursuant to Fed. R. Civ. P. 24, and to stay this action is **GRANTED**. (ECF No. 27.) This case is hereby **STAYED** in its entirety pending the outcome of the related criminal actions. The scheduling conference on April 25, 2022, is **VACATED. The parties shall file a joint status report regarding the status of the related criminal proceedings every ninety days, beginning July 11, 2022.**

**IT IS SO ORDERED.**

April 12, 2022
DATE

THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1