CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email: bowersk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Regional Director
Brent W. Wilner, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

JAMES D. HENDERSON, JR. (Cal. Bar No. 186541)
Email: JDHJunior@gmail.com
The Law Offices of James D. Henderson, Jr.
2530 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
Telephone: (310) 264-1898

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BNZ ONE CAPITAL, *et al.*,<br><br>  Defendants. | Case No. 8:21-cv-01788-ODW-DFM<br><br>**STATUS REPORT** |

On April 12, 2022, the Court granted the motion of the United States to stay discovery in this case in light of the criminal action against Defendant Brett Reed Barber, *United States v. Barber*, CR No. 21-196-ODW. That action, and the related criminal action against Defendant Louis Zimmerle, *United States v. Zimmerle*, CR No. 21-198-ODW, have both concluded with Barber and Zimmerle being convicted and sentenced. Accordingly, the stay previously imposed in this matter should be lifted. Counsel for the United States concurs.

Given the overlapping factual allegations in this action and the criminal actions and the convictions and sentences in the criminal actions, issuing a scheduling order that permits extended discovery and sets a date for trial is likely unnecessary in this case. The SEC therefore proposes to meet and confer with Defendants and to file a status report and proposed scheduling order for further proceedings in this case within 30 days.

Dated: January 8, 2025

Respectfully submitted.

/s/ *James D. Henderson, Jr.*
James D. Henderson, Jr.
Attorney for Defendants BNZ One Capital, LLC, Brett Reed Barber, and Relief Defendant Guaranteed Income Solutions, Inc.

/s/ *Charles E. Canter*
Charles E. Canter
Kelly C. Bowers
Attorneys for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 8, 2025, I caused to be served the document entitled **STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 8, 2025                    /s/ *Charles E. Canter*
                                         CHARLES E. CANTER

<u>*SEC v. BNZ One Capital, LLC, et al.*</u>
**United States District Court – Central District of California
Case No. 8:21−cv−01788−ODW−DFM**

### SERVICE LIST

Louis Alfonso Zimmerle (by email and U.S. mail)
2 Evros River Court
Sacramento, CA 95831
lou@bnz1.com
***Defendant Louis Alfonso Zimmerle (Pro Se)***

Jim Henderson (by CM/ECF)
THE LAW OFFICES OF JAMES D. HENDERSON, JR.
2530 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
JDHJunior@gmail.com
***Attorney for Attorney for Defendants
BNZ One Capital, LLC and
Brett Reed Barber; and
Relief Defendant
Guaranteed Income
Solutions, Inc.***