CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email: bowersk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Regional Director
Brent W. Wilner, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

JAMES D. HENDERSON, JR. (Cal. Bar No. 186541)
Email: JDHJunior@gmail.com
The Law Offices of James D. Henderson, Jr.
2530 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
Telephone: (310) 264-1898

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BNZ ONE CAPITAL, *et al.*,<br><br>Defendants. | Case No. 8:21-cv-01788-ODW-DFM<br><br>**STATUS REPORT** |

Counsel for the SEC has reached settlements in principle with Defendant Louis Zimmerle and with counsel for Defendant Brett Reed Barber to resolve all claims against them.

As the Court may be aware, only the Commissioners of the SEC have the final authority to approve any settlement on behalf of the SEC. Accordingly, before submitting final proposed settlement documents[1] to the Court, SEC counsel must obtain Commission approval by first submitting an action memorandum to the Commission setting forth their recommendation and providing a comprehensive explanation of the recommendation's factual and legal basis. After the recommendation is presented, the Commission considers the recommendation and votes on whether to approve or reject the recommendation (*see* SEC DIV. OF ENF'T, ENFORCEMENT MANUAL, https://www.sec.gov/divisions/enforce/enforcementmanual.pdf, §§ 2.5.1-2).

Counsel for the SEC has begun the process of obtaining authorization for both settlements. Under the present circumstances, that process is expected to take at least 75 days. One step in obtaining authorization, however, is having the defendants sign and notarize settlement documents before the Commission grants authorization to enter the settlements. While Zimmerle has provided the required signatures to the SEC, counsel for Barber requires additional time to obtain signatures from Barber because of Barber's incarceration.

Finally, based on the information presently available to counsel, Defendants BNZ One Capital, LLC and Guaranteed Income Solutions, Inc. appear to be defunct. Counsel requires additional time to verify the status of those entities, including whether either entity holds any assets. If the entities are, in fact, defunct and without

---

[1] In cases brought by the SEC, these settlement documents typically consist of an executed consent of the defendant to specified relief and a proposed final judgment granting such relief that, once entered by the Court, concludes the case. *See*, *e.g.*, *SEC v. Roberts,* 8:21-cv-01615-FWS (C.D. Cal.), ECF Nos. 44-53; *SEC v. Criterion Wealth Mgmt. Ins. Servs.,* 2:20-cv-01402-SPG (C.D. Cal.), ECF Nos. 146-152.

1 assets, the SEC will likely dismiss its claims against them. Authorization to dismiss
2 pending claims is obtained through a similar process as authorization for settlement.
3    Accordingly, there is no need for a scheduling order providing for discovery
4 deadlines, dispositive motion deadlines, or trial. The parties instead propose to file
5 with the Court either final settlement documents or a further status report on or before
6 May 9, 2025.

Respectfully submitted.

Dated: February 10, 2025

*/s/ James D. Henderson, Jr.*
James D. Henderson, Jr.
Attorney for Defendants BNZ One Capital, LLC, Brett Reed Barber, and Relief Defendant Guaranteed Income Solutions, Inc.

*/s/ Charles E. Canter*
Charles E. Canter
Kelly C. Bowers
Attorneys for Plaintiff
Securities and Exchange Commission

2

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On February 10, 2025, I caused to be served the document entitled **STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 10, 2025        /s/ *Charles E. Canter*
                               CHARLES E. CANTER

*SEC v. BNZ One Capital, LLC, et al.*
**United States District Court – Central District of California**
**Case No. 8:21−cv−01788−ODW−DFM**

### SERVICE LIST

Louis Alfonso Zimmerle (by email and U.S. mail)
2 Evros River Court
Sacramento, CA 95831
oourlandsfromb4@gmail.com
***Defendant Louis Alfonso Zimmerle (Pro Se)***

Jim Henderson (by CM/ECF)
THE LAW OFFICES OF JAMES D. HENDERSON, JR.
2530 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
JDHJunior@gmail.com
***Attorney for Attorney for Defendants***
***BNZ One Capital, LLC and***
***Brett Reed Barber; and***
***Relief Defendant***
***Guaranteed Income***
***Solutions, Inc.***

2