CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email: bowersk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

JAMES D. HENDERSON, JR. (Cal. Bar No. 186541)
Email: JDHJunior@gmail.com
The Law Offices of James D. Henderson, Jr.
2530 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
Telephone: (310) 264-1898

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BNZ ONE CAPITAL, *et al.*,<br><br>Defendants. | Case No. 8:21-cv-01788-ODW-DFM<br><br>**STATUS REPORT** |

As noted in the parties' February 10, 2025 status report, ECF No. 37, counsel for the SEC has reached settlements in principle with Defendant Louis Zimmerle and with counsel for Defendant Brett Reed Barber to resolve all claims against them.

Counsel for the SEC has completed all steps preliminary the Commission's final consideration of the settlements with Zimmerle and Barber and final consideration of the SEC's claims against Defendants BNZ One Capital, LLC and Guaranteed Income Solutions, Inc. All that remains is Barber's signature on the settlement documents, which, as noted in the earlier status report, is a requirement for final consideration. Barber's incarceration, however, has continued to delay obtaining his signature. Shortly after reaching the agreement in principle, but before counsel could obtain Barber's signature, Barber was transferred to a facility in Santa Cruz County, California, where he remains. Barber's counsel understands that Barber's transfer to Santa Cruz County is temporary. In the meantime, Barber's counsel has been in touch with Barber, including as recently as May 8, 2025, and has sent copies of the settlement documents to Barber by mail for Barber to sign and return.

Once the SEC receives Barber's signature, SEC counsel will present the settlement offers to the Commission, and the Commission should act on them in about two weeks after submission.

Accordingly, the parties propose that the SEC file final settlement documents or a further status report in about 90 days, on or before August 8, 2025.

Respectfully submitted.

Dated: May 9, 2025

/s/ *James D. Henderson, Jr.*
James D. Henderson, Jr.
Attorney for Defendants BNZ One Capital, LLC, Brett Reed Barber, and Relief Defendant Guaranteed Income Solutions, Inc.

/s/ *Charles E. Canter*
Charles E. Canter
Attorney for Plaintiff
Securities and Exchange Commission

# LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Charles E. Canter attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: May 9, 2025                   /s/ *Charles E. Canter*
                                     Charles E. Canter
                                     Attorney for Plaintiff
                                     Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 9, 2025, I caused to be served the document entitled **STATUS REPORT** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 9, 2025          /s/ *Charles E. Canter*
                                    CHARLES E. CANTER

2

<u>*SEC v. BNZ One Capital, LLC, et al.*</u>
United States District Court – Central District of California
Case No. 8:21−cv−01788−ODW−DFM

### SERVICE LIST

Louis Alfonso Zimmerle (by email and U.S. mail)
2 Evros River Court
Sacramento, CA 95831
ourlandsfromb4@gmail.com
*Defendant Louis Alfonso Zimmerle (Pro Se)*

Jim Henderson (by CM/ECF)
THE LAW OFFICES OF JAMES D. HENDERSON, JR.
2530 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
JDHJunior@gmail.com
*Attorney for Attorney for Defendants*
*BNZ One Capital, LLC and*
*Brett Reed Barber; and*
*Relief Defendant*
*Guaranteed Income*
*Solutions, Inc.*